**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Miscellaneous Case No:**   1:22-y-00124-KLM

**IN THE MATTER OF AN APPLICATION**
**OF THE UNITED STATES OF AMERICA**
**FOR AN *EX PARTE* ORDER TO DISCLOSE**
**RETURNS AND RETURN INFORMATION**

---

*EX PARTE* ORDER TO DISCLOSE
TAX RETURNS AND RETURN INFORMATION

---

The Court has reviewed the application of the United States Attorney for the District of Colorado for an *ex parte* order, pursuant to Title 26, United States Code, Section 6103(i), directing the Internal Revenue Service to disclose returns and return information of:

| | |
|---|---|
| Name: | Dejane Lattany |
| Address: | 11125 Quintero Ct, Commerce City, CO 80022 |
| SSN: | 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 or 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 |
| DOB: | 06/30/1990 |

| | |
|---|---|
| Business Name: | Aggies Angels Care Providers |
| Address: | 14475 Robins Dr, Denver, CO 80239 |
| EIN: | 86-2653965[10]  or 80-0438877[11] |

| | |
|---|---|
| Business Name: | Aggies Angels Care Providers |
| Address: | 1450 South Havana Street, 340, Aurora, CO 80012 |
| FEIN / DUNS: | 07-915-0039 |

| | |
|---|---|
| Business Name: | A&L Care Systems |
| Address: | 2860 S Circle Dr, 104, Colorado Springs, CO 80906 |
| FEIN/DUNS: | 11-700-6607 |

| | |
|---|---|
| Business Name: | Mind Set Consulting |
| Address: | 210 N Murray Blvd Apt 101, Colorado Springs, CO 80916 |
| FEIN/DUNS: | 00-620-9190 |

---

[10] This EIN is from Form 940 as provided to American Lending Center
[11] This EIN is from CDLE records.

      Business Name:  IGU Management
      Address:         14475 Robins Drive, Denver, CO 80239
      FEIN/DUNS:     13-030-0238

which tax returns and return information are federal income tax returns and return information, as those terms are defined in Title 26, United States Code, Section 6103(b), for the calendar and fiscal years 2019, 2020, and 2021. More specifically, such information includes:

- All income tax returns (i.e. Forms 1040, 1040A, 1040EZ, 1120, 1120S, 1065, 940, 941, W-2, W-3, 1099, K1, SS-4, etc.), supporting documents, schedules, and interview memoranda;

- Tax return information including transcripts of accounts, IRP (information returns processing) transcripts, payments related thereto;

- Certification(s) of lack of records, return information, and that no such returns have been filed or are on file; and

- Any of the above requested items which the Internal Revenue Service may come into possession of subsequent to this Order, within 90 days thereafter.

Having considered the application and being now advised in the premises, the Court finds and concludes:

1.      The United States Attorney's Office and the FBI are investigating violations of 18 U.S.C. § 1343 (wire fraud) and 15 U.S.C. § 645(a) (false statements to obtain a loan guaranteed by the Small Business Administration).

2.      There is reasonable cause to believe that the above mentioned returns and return information are or may be relevant to a matter related to the commission of the above mentioned violations of federal criminal law.

3. The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from any other source and is sought exclusively for use in the federal criminal investigation of the violations mentioned above.

4. The Court further finds that Assistant United States Attorney Rebecca Weber, Nicole Cassidy, Assistant United States Attorney; JD Rowell, Assistant United States Attorney; Martha Paluch, Assistant United States Attorney; Tonya Andrews, Assistant United States Attorney; Margaret M. Bowdouris, Supervisory Legal Administrative Specialist; Michael Price, Legal Administrative Specialist; Michelle Trujillo, Supervisory Legal Assistant, U.S. Attorney's Office; Deborah Sikiyan, Special Agent, FBI; and Sarah Anderson, Special Agent, FBI, are personally and directly engaged in a federal criminal investigation of the above subject, that the information sought is solely for their use in investigating and prosecuting the above mentioned individuals for violations listed above, and that the application is authorized by Cole Finegan, United States Attorney, District of Colorado.

IT IS THEREFORE ORDERED, pursuant to Title 26 U.S.C., Section 6103(i)(1), that the Internal Revenue Service:

1. Disclose such returns, and return information specified herein for the calendar and fiscal years 2019, 2020, and 2021 for the taxpayers and entities identified or described above if in fact those returns have been filed and are on file with the Internal Revenue Service;

2. Certify where returns and return information specified herein have not been filed or are not on file with the Internal Revenue Service;

3. Disclose such returns and return information described above which are currently in possession of the Internal Revenue Service, or may come into the possession of the Internal

Revenue Service within 90 days of the date of this order; and

    4.    Disclose such tax returns and return information and make such certification only to Assistant United States Attorney Rebecca Weber; Nicole Cassidy, Assistant United States Attorney; JD Rowell, Assistant United States Attorney; Martha Paluch, Assistant United States Attorney; Tonya Andrews, Assistant United States Attorney; Margaret M. Bowdouris, Supervisory Legal Administrative Specialist; Michael Price, Legal Administrative Specialist; Michelle Trujillo, Supervisory Legal Assistant, U.S. Attorney's Office; Deborah Sikiyan, Special Agent, FBI; and Sarah Anderson, Special Agent, FBI, and other Federal law enforcement officer(s) who may be subsequently assigned in this matter.   All persons so authorized shall use the tax returns and return information disclosed solely in investigating and prosecuting the above mentioned violations of federal criminal laws.   No disclosure shall be made to any other person except in accordance with the provisions of Title 26 U.S.C. Section 6103(i)(2)(A) and Title 26 C.F.R. Section 301.6103(i)(1) (1983).

    IT IS FURTHER ORDERED that the *Ex Parte* application for order to disclose tax returns and return information, and the order itself, shall remain sealed until further order of this Court, except that two certified copies of this order shall be furnished to the United States Attorney for the District of Colorado for use by authorized government personnel in the

performance and in the execution of their official duties.

SO ORDERED this  21st  day of July, 2022.

BY THE COURT:

_____
HON. KRISTEN L. MIX
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO
